IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02057 JLK-MJW

UNITED STATES DEPARTMENT OF AGRICULTURE, OFFICE OF INSPECTOR GENERAL,

    Petitioner,

v.

BIGELOW ASSOCIATED FARMS, INC.,
JB FARMS, LLC, and
KEN BURBACK,

    Respondents.

## ORDER

The Court having reviewed the Motion for Enforcement of Administrative Subpoenas filed by Petitioner Inspector General of the U.S. Department of Agriculture ("USDA-OIG"), and being fully advised of its premises, hereby:

ORDERS that the Motion for Enforcement of Administrative Subpoenas is GRANTED;

ORDERS that Respondents Bigelow Associated Farms, Inc., JB Farms, LLC, and Ken Burback shall appear before Special Agent Sharon Johnson, of the USDA-OIG at the USDA Suboffice located at 12136 W. Bayaud Avenue, Suite 210, Lakewood, Colorado 80228-2115, on October 12, 2007 at 9 a.m.;

ORDERS that Respondents Bigelow Associated Farms, Inc., JB Farms, LLC, and Ken Burback shall bring with them to the USDA-OIG office all records, documents, and information commanded and identified by administrative subpoenas <u>duces</u> <u>tecum</u> numbered 8212, 8213, and 8214, which were personally served on them on April 3, 2007 by USDA-OIG and are attached to this Order;

ORDERS that as commanded in the attached subpoenas <u>duces</u> <u>tecum</u> numbered 8212, 8213, and 8214, Respondents Bigelow Associated Farms, Inc., JB Farms, LLC, and Ken Burback are **PROHIBITED AND ENJOINED** from destroying, concealing, transferring or removing any of the records, documents or information identified in the subpoenas prior to review by the USDA-OIG.

SO ORDERED this 2 day of October, 2007.

John L. Kane
United States District Judge